AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>DEVETRICK TRAMEL JOHNSON<br><br>*Defendant(s)* | Case No.<br>6:15-MJ-76 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 3, 2015__ in the county of __Gregg__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(c) | Felon in Possession of a Firearm<br>Use, carrying, and possession of a firearm during and in furtherance of a drug trafficking crime |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

James Reed, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/05/2015__

*Judge's signature*

City and state: __Texarkana, Texas__   Honorable Caroline M. Craven, U.S. Magistrate Judge
*Printed name and title*